UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

PRESTON FRANKFORD SHOPPING CENTER
DALLAS TX, LIMITED PARTNERSHIP,

                  Plaintiff,

                                        <u>DECISION AND ORDER</u>

                                        10-CV-6448L

        v.

BUTLER DINING SERVICES, LLC.,
et al.,

                  Defendants.
_____

BUTLER DINING SERVICES, LLC,
doing business as Newk's Cafe, et al.,

                  Plaintiffs,

        v.                                            12-CV-6429L

PRESTON FRANKFORD SHOPPING CENTER
DALLAS TX, a limited partnership,

                  Defendant.
_____

The motions to consolidate these two actions filed by Butler Dining Services, LLC (Case No. 10-CV-6448, Dkt. #94) and by Preston Frankford Shopping Center Dallas TX (Case No. 12-CV-6429, Dkt. #24), are granted, and these two cases are consolidated for all purposes.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
October 1, 2012.